IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| **CECIL WAMPLER,** | : | |
| | : | |
| Movant, | : | |
| | : | |
| v. | : | Civil No.: 3:25-cv-00057-CAR-CHW |
| **Warden BARTLETT,** | : | |
| | : | Proceedings Under 28 U.S.C. § 2241 |
| Respondent. | : | Before the U.S. Magistrate Judge |
| | : | |

## ORDER

Movant Cecil Wampler filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, in the Western District of Pennsylvania. (Doc. 4). The Western District of Pennsylvania determined that the petition was best construed as a Motion to Vacate, Set Aside, or Correct a Sentence pursuant to 28 U.S.C. § 2255, and transferred the petition to this Court as the sentencing court. (Docs. 15, 16). The Court ordered Movant to recast his petition on the standard Section 2255 form. (Doc. 19). When Movant filed his recast Section 2255 motion, it was properly filed in his criminal case (*United States v. Wampler,* 3:18-cr-57-CAR-CHW) and a companion civil case (*Wampler v. United States*, 3:25-cv-61-CAR-CHW) was opened. Because Movant's challenge to his conviction, now properly construed and recast as a Section 2255 motion, is being adjudicated under those related case numbers, the Clerk of Court is directed to administratively close the above-styled case.

**SO ORDERED**, this 21st day of August, 2025.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge